# Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2022

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

October 24, 2022

**MEMO ENDORSED**

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Steen, et al. v. Assurant, Inc., Case No. 1:22-cv-04571 (CM)

Dear Judge McMahon:

We represent the Defendant in the above-captioned matter. We write jointly with counsel for Plaintiffs to request that the October 25, 2022 deadline to submit a proposed Civil Case Management Plan ("CMP") and the October 27, 2022 Civil Case Management Conference be adjourned. *See* Doc. 12. On July 7, 2022, the Parties jointly requested that the Court adjourn the CMP deadline in this matter while Plaintiff filed an Amended Complaint and Defendant prepared and filed responsive pleadings. *See* Doc. 15. Defendant filed its responsive pleadings. *See* Doc 31-50. Thereafter, the Parties conferred and Plaintiffs filed their Second Amended Complaint. *See* Doc. 59. The Parties requested an extension through and including November 14, 2022 for Defendant to file responsive pleadings. *See* Doc. 61. The Court granted the requested extension of time for responsive pleadings. *See* Doc. 62.

The parties make this request because Defendant intends to file a motion to dismiss and a motion to transfer venue which could alter the required contents of the CMP or obviate it entirely. Accordingly, the parties request that the deadline for the CMP and the Civil Case Management Conference be adjourned for at least thirty days, or alternatively, if Defendant files a motion to dismiss and/or a motion to transfer venue to the Second Amended Complaint to thirty days following any decision issued in response to such motion.

This is the second request for an adjournment of the CMP deadline and the first request to adjourn the Civil Case Management Conference and will not impact any current deadlines in this matter. We thank Your Honor for your time and attention to this request.

*[Handwritten annotations:]*
(1) 10/25/2022 10/27 conference cancelled
(2) Defendant has consented to file a response to the operative pleading
11/14 — No consent —
(3) I don't recall granting permission for any SAC. Plaintiff only gets one amendment for — Second amendment are normally granted — motion. Where is motion?

littler.com

The Honorable Colleen McMahon
October 24, 2022
Page 2

Sincerely,

/s/ Eli Z. Freedberg

Eli Z. Freedberg
Shareholder

EZF



littler.com